JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE PAPAVISILOU, individually and as trustee of the ALECON TRUST U/D/T DATED DECEMBER 29, 1983; and DOES 1-10, inclusive,<br><br>Defendants | Case No. 2:20-cv-06609-JAK-AGR<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

Based on a review of the Joint Stipulation For Dismissal Of The Entire Action Without Prejudice (the "Stipulation" (Dkt. 12)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and the action is dismissed in its entirety without prejudice.  Each party shall bear his or its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED:  December 23, 2020

John A. Kronstadt
United States District Judge